The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LIFESTANCE HEALTH, INC., LIFESTANCE HEALTH, LLC DBA LIFESTANCE HEALTH OF WASHINGTON, LLC, LIFESTANCE HEALTH GROUP, INC. CORPORATIONS A-Z,<br><br>　　　　　　　Defendants. | No. 2:23-cv-01441-KKE<br><br>**STIPULATED MOTION AND ORDER TO DEPOSE EXPERT AFTER DISCOVERY CUTOFF AND EXTEND DEADLINE FOR FILING MOTIONS TO EXCLUDE EXPERT TESTIMONY** |

**STIPULATED MOTION**

Plaintiff Jane Doe ("Plaintiff") and Defendants LifeStance Health, Inc., LifeStance Health, LLC dba LifeStance Health of Washington, LLC, and LifeStance Health Group, Inc. ("Defendants") jointly move the Court to amend the Order Setting Jury Trial Date and Related Dates (Dkt. No. 13) to extend pretrial deadline(s) in this case.

In support of this Stipulated Motion, the parties state the following:

1. Given scheduling constraints, the parties have agreed to conduct one deposition, the deposition of Plaintiff's expert, Dr. Richard Stride, on July 19, 2024, which is after the current July 5, 2024, discovery cutoff.

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE FOR FILING MOTIONS TO EXCLUDE EXPERT TESTIMONY
(Case No. 2:23-cv-01441-KKE) - 1
4886-2402-8615v.1 0108418-000026

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

2. The parties do not intend to extend the discovery cutoff aside from the taking of this one expert deposition.

3. Because of the date of Dr. Stride's deposition, the parties agree and stipulate to extend the deadline for filing any motions to exclude expert testimony by one (1) week from August 5, 2024, to August 12, 2024.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 14th day of June, 2024.

| | |
|---|---|
| **THE JACKMAN LAW FIRM, PLLC**<br>*Attorney for Plaintiff* | **DAVIS WRIGHT TREMAINE LLP**<br>*Attorneys for Defendants* |
| *(via email authorization)* | |
| By  *s/ Chris T. Jackman*<br>     Chris T. Jackman, WSBA #46182<br><br>708 Broadway, Suite 108<br>Tacoma, WA  98402<br>P: (206) 245-6442<br>Email: chris@jackmanfirm.com | By  *s/ Gregory Hendershott*<br>     Gregory Hendershott, WSBA #27838<br><br>By  *s/ Melissa Mordy*<br>     Melissa Mordy, WSBA #41879<br><br>929 108th Avenue NE, Suite 1500<br>Bellevue, WA 98004-4786<br>P: (425) 646-6100<br>F: (425) 646-6199<br>Email: greghendershott@dwt.com<br>Email: missymordy@dwt.com<br><br>By  *s/ Katie Loberstein*<br>     Katie Loberstein, WSBA #51091<br><br>920 Fifth Avenue, Suite 3300<br>Seattle, WA  98104-1610<br>P: (206) 622-3150<br>F: (206) 757-7700<br>katieloberstein@dwt.com |

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE FOR FILING MOTIONS TO EXCLUDE EXPERT TESTIMONY
(Case No. 2:23-cv-01441-KKE) - 2
4886-2402-8615v.1 0108418-000026

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

The Parties jointly agreed to depose Plaintiff's expert, Dr. Richard Stride, on July 19, 2024, which is after the discovery cutoff. The parties further agree and request that the Court grant an extension of the deadline for filing motions challenging expert witness testimony from August 5 to August 12, 2024.

In accordance with the Parties' agreement, the Court hereby orders the limited extension of upcoming case deadlines as follows:

| Event | Revised Date |
|---|---|
| All motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)) | August 12, 2024 |

IT IS SO ORDERED.

Dated this 17th day of June, 2024.

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE FOR FILING MOTIONS TO EXCLUDE EXPERT TESTIMONY
(Case No. 2:23-cv-01441-KKE) - 3
4886-2402-8615v.1 0108418-000026

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax